713 A.2d 96

**Robert A. COCHRAN and Donna Cochran, Petitioners,**

**v.**

**Charles ELSTEN, Respondent.**

Supreme Court of Pennsylvania.

July 13, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 13th day of July, 1998, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is REVERSED and the matter is REMANDED to the Court of Common Pleas of Bucks County for resolution pursuant to this Court's decision in *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (1998).